UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

In the Matter of the Search of:
4 WILDER DRIVE, UNIT 7
PLAISTOW, NH 03685

No. 21-mj-17-AJ

MOTION TO EXTEND SEAL AT LEVEL II: ENTIRE MATTER
RELATED TO APPLICATION FOR SEARCH WARRANT

In the above captioned case, the United States of America respectfully moves to extend seal at Level II on the entire matter related to the Application for a Search Warrant, including the application, the supporting affidavit, any search warrant that may issue, the resulting return, this motion, and the corresponding docket text entries for 180 days, expiring on **January 10, 2022**.

Under Federal Rule of Criminal Procedure 49.1(d) and Local Rule 83.12(a)(1), the Court has authority to grant this motion.

The Court should seal these documents because they contain sensitive information, which, if prematurely released, may compromise an ongoing criminal investigation and endanger a witness. Specifically, the supporting affidavit contains information identifying other targets of the investigation. Investigators believe that those targets are unaware that they are considered suspects or are unaware of the incriminating evidence investigators have gathered against them. Should information identifying those targets and the evidence against them be released, it may cause them to flee, destroy evidence, or change their patterns of behavior.

Motion To Extend Seal On Entire Matter Related to Search Warrant Application
Page 2 of 2

      This motion is not intended to preclude the executing officer from serving a copy of the warrant and a receipt for any property seized as required by Federal Rule of Criminal Procedure 41(f)(1)(C).

      Respectfully submitted,

      JOHN J. FARLEY
      Acting United States Attorney

Dated: July 14, 2021      By: /s/ Matthew Hunter
      Matthew Hunter
      Assistant United States Attorney
      United States Attorney's Office
      53 Pleasant Street, 4th Floor
      Concord, NH   03301
      (603) 225-1552
      matthew.hunter@usdoj.gov

Motion:    ☐ Granted    ☐ Denied

_____
Andrea K. Johnstone
United States Magistrate Judge
United States District Court
District of New Hampshire
Date: